FILED

OCT 2 8 2010

Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

ROBERT R. MATTHEWS, :

        Plaintiff, :

v. : Civil Action No. 10 1830

SECRETARY OF VETERANS AFFAIRS, :

        Defendant. :

## MEMORANDUM OPINION

This matter is before the Court on plaintiff's application to proceed *in forma pauperis* and *pro se* complaint. The application will be granted and the complaint will be dismissed.

Plaintiff alleges that he unsuccessfully "sought consultation with [a] Veterans Health Administration orthopedic Resident . . . for [a] Service-connected disability," but his efforts "resulted [in a] complete failure of treatment and diagnosis causing undue personal injury." Compl. at 1. It appears that plaintiff's sole means of recovery comes under the Federal Tort Claims Act ("FCTA"), *see* 28 U.S.C. § 1346(b)(1).

The FTCA provides that the "United States shall be liable [for tort claims] in the same manner and to the same extent as a private individual under like circumstances." 28 U.S.C. § 2674(a). It requires that a claimant present his claim to the appropriate federal agency prior to filing a civil action in a federal district court. *McNeil v. United States*, 508 U.S. 106, 113 (1993); 28 U.S.C. § 2675(a) (requiring claimant to present claim "for money damages for injury or loss of property . . . caused by the negligent or wrongful act or omission of any employee of the Government while acting within the scope of his office or employment . . . to the appropriate Federal agency" from which written notice of the denial of the claim has been forwarded to the claimant before a suit may be filed). It does not appear that plaintiff has exhausted his



3

administrative remedies by having presented his claim first to the appropriate agency and, absent exhaustion, this Court lacks subject matter jurisdiction. *See McNeil*, 508 U.S. at 113.

The Court will dismiss this action for lack of subject matter jurisdiction. An Order consistent with this Memorandum Opinion is issued separately on this same date.

_____
United States District Judge

DATE:

10/20/10